**STATE of Missouri, Respondent,**

v.

**Michael E. KOENIG, Appellant.**

**No. WD 53201.**

Missouri Court of Appeals,
Western District.

March 10, 1998.

Andrew A. Schroeder, Asst. Appellate Defender, Kansas City, for Appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for Respondent.

Before ULRICH, C.J., P.J., and HOWARD and RIEDERER, JJ.

## ORDER

PER CURIAM.

Michael E. Koenig appeals his convictions on three counts of stealing property with a value of $150 or more, § 570.030 RSMo 1994.

Affirmed. Rule 30.25(b).